FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 10 2008

GREGORY C. LANGHAM
                    CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00426-BNB

GREGORY L. WALLACE, sui juris,

   Plaintiff,

v.

GEORGE E. GOBER, Special Trustee Official,
NCA/BIA SUPERINTENDENT MARGIE EAGLEMAN,
CROW ID. AGENCY CORRECTIONS DEPT.,
N. CHEYENNE CORRECTIONS DEPT.,
J. M. WILNER, USBOP/Fed. Custodian, USMS/USMO,
ALICIA VINEYARD, MLP,
SHERIDAN OR/F.C.I. MEDICAL STAFF PA, and
SEA-TAC FED. TRANSFER CENTER, Washington,

   Defendants.

## ORDER OF DISMISSAL

Plaintiff Gregory L. Wallace initiated this action by filing *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, a Prisoner Complaint, and two documents titled "Application to Proceed In Forma Pauperis, Supporting Documentation and Order." In an order filed on February 29, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Wallace to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland advised Mr. Wallace that the names in the caption of the complaint did not match the names in the text of the complaint and that he failed to submit a certified copy of his inmate trust fund account statement in support of the *in forma pauperis* motions. Mr. Wallace was warned that the complaint

and the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On March 5, 2008, Mr. Wallace filed another motion seeking leave to proceed *in forma pauperis* in this action. However, all of the *in forma pauperis* motions remain deficient because Mr. Wallace has failed to submit a certified copy of his inmate trust fund account statement in support of those motions as directed and as required pursuant to 28 U.S.C. § 1915(a)(2). Mr. Wallace also has failed to cure the deficiency regarding the names in the caption of his complaint. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the motions seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 are denied as moot.

DATED at Denver, Colorado, this 9 day of April, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00426-BNB

Gregory L. Wallace
Reg. No. 05286-046
FCI - Florence
PO Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4-10-08

                                    GREGORY C. LANGHAM, CLERK

                          By: _____
                                    Deputy Clerk